UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**PATRICIA POWELL,**
        **Plaintiff,**

      v.                                    Case No. 14-C-0475

**OFFICE MAX, et al.,**
        **Defendants.**

---

## DECISION AND ORDER

On May 5, 2014, I issued an order dismissing the complaint and this action on the ground that the plaintiff's complaint was incoherent and failed to state a claim on which relief may be granted. On May 30, 2014, the Clerk of Court received another complaint from the plaintiff bearing the case number of this action. Presumably, the plaintiff intends for this new complaint to serve as a proposed amended complaint. However, like her original complaint, the new complaint is mostly illegible, and to the extent it is legible it is incoherent. Therefore, I see no reason to disturb the judgment dismissing this action in its entirety. To the extent that the recently filed complaint could be construed as a motion to alter or amend a judgment or for relief from a judgment, see Fed. R. Civ. P. 59(e) & 60(b), that motion is denied.

**SO ORDERED** at Milwaukee, Wisconsin this 5th day of June, 2014.

                                          s/ Lynn Adelman
                                          _____
                                          LYNN ADELMAN
                                          District Judge